# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-five.

Before: William J. Nardini,
*Circuit Judge.*

---

James Pettus,

        Petitioner,

v.

Police Commissioner, All Captains, Lt. Sargarts 44th PCT, who were involved in this decision, All Jane, John Does, the 44th PCT, who Participated in this Illegal Seizure 4th Amend. Violation,

        Respondents.

**ORDER**

Docket No. 25-1311

---

James Pettus, a litigant sanctioned by the Court in 2008, has filed a notice of appeal and motion for leave to appeal.

IT IS HEREBY ORDERED that redacted versions of documents may be filed on the public docket. The original documents are sealed pending further order of the Court.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court